# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERASMO ROMAN, an individual; ALCYDA IZABEL ROMAN, an individual<br><br>          Plaintiffs<br><br>v.<br><br>DEUTSCHE BANK, in their capacity as trustee for NovaStar Mortgage Funding Trust, Series 2007-1, a corporation; SAXON MORTGAGE SERVICES, INC. a corporation; and DOES 1 THROUGH 50, inclusive.<br><br>          Defendants | Case No: EDCV 11-00789 TJH (OPx)<br>Hon.: Terry J. Hatter, Jr.<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**     **[JS-6]**<br><br><br>Complaint filed: March 9, 2011<br>Trial Date: None Set |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ii), the above reference matter is hereby dismissed with prejudice.

Dated: November 6, 2012            _____

                              The Honorable Terry J. Hatter, Jr.
                              United States District Judge